THOMAS P. FORD et al., Appellants, *v.* CARRIE M. BUSTIN, Respondent.

*Ford* v. *Bustin*, 172 App. Div. 931, affirmed.

(Argued November 14, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1916, affirming a judgment in favor of defendant entered upon a verdict. The plaintiffs, stockbrokers, brought this action to recover a balance alleged to be due them on an account involving certain marginal purchases of American Beet Sugar Company's stock by the plaintiffs upon defendant's orders, and a

46

sale thereof after her refusal, upon demand, to keep the margin good, the margin having been exhausted by a decline in the market value of the stock resulting in a loss. Defendant claimed that plaintiffs neglected to obey her orders to sell the stock before the margins were exhausted, and, therefore, they were not entitled to recover from her the loss arising on the sale at prices below that to which it was margined.

*William De Graff* for appellants.

*C. G. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.